# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELDA WILSON, | CASE NO. 1:10-CV-01086-DLB PC |
| Plaintiff, | ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| R. PERKINSON, et al., | (DOC. 3) |
| Defendants. | |

Plaintiff, proceeding pro se, filed this civil action on June 16, 2010. Plaintiff did not pay the $350.00 filing fee in full or file an application to proceed in forma pauperis, and on June 17, 2010, the Court ordered Plaintiff to do so within forty-five days. More than forty-five days have passed and Plaintiff has not complied with the Court's order. Plaintiff was warned that failure to obey the order would result in dismissal of the action.

A civil action may not proceed absent the submission of either the filing fee or an application to proceed in forma pauperis. 28 U.S.C. §§ 1914, 1915. Because Plaintiff has submitted neither and has not complied with the Court's order to do so, dismissal of this action is appropriate. *In re Phenylpropanolamine (PPA) Products Liability Litigation*, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

Accordingly, the Court HEREBY ORDERS this action dismissed, without prejudice, for failure to pay the filing fee or file an application to proceed in forma pauperis.

IT IS SO ORDERED.

Dated: **August 24, 2010**           /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

1